PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8931
     Facsimile: (415) 744-0134
     E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KATHRYN DIANE TORRES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:16-cv-00310-DB<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to December 9, 2016 to respond to Plaintiff's opening brief.  This is Defendant's first request for an extension of time.  Defendant apologizes for not filing the brief by the due date November 16, 2016.  Defendant miscalendared the deadline.  Defendant is requesting the additional time to prepare the brief and meet other deadlines, including a responsive brief for a ninth circuit appeal.

    This request is made in good faith with no intention to unduly delay the proceedings.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1 | Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  November 23, 2016

*/s/ Robert C. Weems by Chantal R. Jenkins\**
ROBERT C. WEEMS
As authorized *via* email by Andrew Ragnes
on Mr. Weem's behalf on November 22, 2016
Attorney for Plaintiff

Dated:  November 23, 2016

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: November 23, 2016         /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

DBL:6
DB/orders/orders.soc sec/torres0310.stip.eot.ord